UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05440-JVS (ANx) | Date | Aprili 19, 2010 |
|---|---|---|---|
| Title | National Commission for Certification of Crane Operators Inc. v. California Crane School Inc., et al. | | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause re Late Opposition

Plaintiff National Commission for the Certification of Crane Operators filed two motions for attorney's fees and costs on March 29, 2010. (Doc. Nos. 90 & 91.) The motions are currently scheduled for a hearing on May 3, 2010.

Under Local Rule 7-9, opposing papers are due 21 days before the hearing. Therefore, Defendants California Crane School and John Nypl's opposition was due by April 12, 2010. Defendants, however, did not file their opposition until April 16, 2010. (Doc. No. 98.)

Counsel for Defendants are ordered to show cause why the late opposition should not be stricken. Counsel for Defendants shall file a written response by 5 p.m. on April 21, 2010.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |